UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOSV IV, LLC,

        Plaintiff,

vs.

HOTTAB PTE. LTD, HOTTAB HOLDINGS LIMITED, SOCIETY PASS INCORPORATED and SANJEEV SAPKOTA,

        Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/1/2021_
```

21 Civ. 8808 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Plaintiff, SOSV IV, LLC, brings this action invoking subject matter jurisdiction by reason of diversity of citizenship, 28 U.S.C. § 1332. Compl. ¶ 7, ECF No. 2. If SOSV IV, LLC, is a limited liability company, as its name would imply, then the complaint must allege the citizenship of each of its general and limited partners for the purposes of diversity jurisdiction. Similarly, if Hottab Pte. Ltd. and Hottab Holdings Limited are limited liability companies, as their names would suggest, the complaint must also allege the citizenship of each of their general and limited partners.

    By **November 8, 2021**, Plaintiff shall amend its pleading to allege the citizenship of each of the general and limited partners of any limited liability or limited partner companies named as parties. *See Handelsman v. Bedford Vill. Assocs. Ltd. P'ship*, 213 F.3d 48, 51-53 (2d Cir. 2000); *Monitronics Funding LP v. Pinnacle Sec., LLC*, No. 12 Civ. 1992, 2012 WL 967623 at *1 (S.D.N.Y. Mar. 21, 2012) ("A limited liability partnership has the citizenship of each of its general and limited partners for the purposes of diversity jurisdiction.").

    If Plaintiff fails to amend by the foregoing date to truthfully allege complete diversity based upon the citizenship of each general and limited partner of each party to this action, then the complaint will be dismissed for lack of subject matter jurisdiction.

    SO ORDERED.

Dated: November 1, 2021
       New York, New York

                                                  ANALISA TORRES
                                          United States District Judge